### YOUNG v. NEW YORK HORSE INS. CO. OF NEW YORK.

(Supreme Court, Appellate Term. April 8, 1909.)

INSURANCE (§ 666*)—ACTIONS—AMOUNT OF RECOVERY.
　　Where the policy provided that the amount to be paid on it should not exceed three-fourths of the cash value of the horse at its death, and such cash value was $125, plaintiff was only entitled to $93.75.
　　[Ed. Note.—For other cases, see Insurance, Dec. Dig. § 666.*]

Appeal from Municipal Court, Borough of Manhattan, Tenth District.

Action by Victor Young against the New York Horse Insurance Company of New York. From a judgment for plaintiff, defendant appeals. Affirmed, as modified.

Argued before GILDERSLEEVE, P. J., and SEABURY and LEHMAN, JJ.

Watts & Merrill, for appellant.
Keller & Klein, for respondent.

LEHMAN, J. The judgment in favor of the plaintiff is in all points in accordance with the law, except that the policy of insurance provides that the amount to be paid on the policy in suit shall in no instance exceed three-fourths of the cash value of the horse at the time of death. The cash value of the horse is shown to have been $125.

Therefore the judgment must be modified to provide for $93.75 damages, instead of $100, besides the costs as taxed in the court below, and, as so modified, affirmed, but without costs in this court. All concur.